UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| YSIDRO HERNANDEZ, | Case No. 5:20-cv-01187-FLA (JCx) |
|---|---|
| Plaintiff, | **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| CDCR, *et al.*, | |
| Defendants. | |

The court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions, and recommendations of the Magistrate Judge reflected in the October 28, 2021 Report and Recommendation. *See* Dkt. 46.

IT IS HEREBY ORDERED:

1. Plaintiff's request to withdraw his Fourteenth Amendment claim is GRANTED and such claim is dismissed.
2. Defendant's Motion to Dismiss is DENIED.
3. Defendant shall file an Answer to the remainder of the Second Amended Complaint within fourteen (14) days of the entry of this Order.

1

1     IT IS FURTHER ORDERED that the Clerk serve copies of this Order on
2 Plaintiff and counsel for Defendant.
3     IT IS SO ORDERED.
4 Dated:  December 21, 2021

                                                    FERNANDO L. AENLLE-ROCHA
                                                   United States District Judge